UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 16-30744 |
| Karoline Esho | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable LaShonda Hunt |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER MODIFYING THE PLAN POST CONFIRMATION**

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY, the Court having jurisdiction, with due notice having been given to all parties in interest, the Court orders as follows:

IT IS SO ORDERED:

1. The Debtor is allowed to keep all of the 2016 tax refund and the turnover requirement for 2016 is waived.

Enter:

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: September 18, 2017

**Prepared by:**

David H. Cutler, esq.
Cutler & Associates, Ltd.
4131 Main Street
Skokie, IL 60076
Phone: (847) 673-8600